```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| **STEPHEN SCHUTTER,** | : | CIVIL ACTION |
|           **PLAINTIFF** | : | |
| | : | NO. 07-3823 |
|     **V.** | : | |
| | : | |
| **DAVID HERSKOWITZ and PHILIP BANKS,** | : | |
| | : | |
|           **DEFENDANTS** | : | |

### MOTION OF FRANK MARCONE TO CONTINUE THE DECEMBER 1, 2008 HEARING

Frank Marcone, Esquire, by his counsel, Samuel C. Stretton, Esquire, respectfully requests a continuance of the December 1, 2008 hearing in the captioned matter for the following reasons:

1.  Mr. Marcone has advised his counsel, Samuel C. Stretton, Esquire, that he will be in Florida and has a trial in the State of Florida in the Federal Court on December 2, 2008.

WHEREFORE, Frank Marcone, Esquire, by his counsel, Samuel C. Stretton, Esquire, respectfully requests a continuance of the December 1, 2008 hearing date since Mr. Marcone will not be in the state of Pennsylvania.

                                                Respectfully submitted,

                                                *s/ Samuel C. Stretton*_____
                                                Samuel C. Stretton, Esquire
                                                Attorney for Frank Marcone
                                                301 S. High St.
                                                P.O. Box 3231
                                                West Chester, PA  19381
                                                (610) 696-4243
                                                Attorney I.D. No. 18491

```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STEPHEN SCHUTTER,              :   CIVIL ACTION
                  PLAINTIFF    :
                               :   NO. 07-3823
          V.                   :
                               :
DAVID HERSKOWITZ and PHILIP    :
BANKS,                         :
                  DEFENDANTS   :
```

## CERTIFICATE OF SERVICE

I hereby certify I am this date serving a copy of the Motion of Frank Marcone for a continuance of the December 1, 2008 hearing in the captioned matter upon the following persons in the manner indicated below.

Service by First Class Mail addressed as follows:

1. Honorable David R. Strawbridge
   4006 U.S. Courthouse
   601 Market Street
   Philadelphia, PA  19106-1797

2. Michael Yanoff, Esquire
   1800 Pennbrook Parkway
   Suite 200
   Lansdale, PA  19446
   (215) 362-2474
   Attorney for Defendant, Philip Banks

3. Jay M. Herskowitz, Esquire
   181 Cypress Court
   Marlton, NJ  08053
   (856) 985-8357

4. James M. Loots, Esquire
   236 Massachusetts Avenue, NE
   Washington, DC  20002
   (202) 536-5650

5.   Charles Curley, Esquire
     1100 E. Hector Street
     Suite 425
     Conshohocken, PA  19428
     (610) 834-8819

6.   Frank Marcone, Esquire
     2530 North Providence Road
     Upper Providence, PA  19063

7.   Kelle Kilgarriff, Esquire
     1100 E. Hector Street
     Suite 425
     Conshohocken, PA  19428
     (610) 834-8819

                         Respectfully submitted,


*November 12, 2008*            *s/ Samuel C. Stretton*_____
Date                           Samuel C. Stretton, Esquire
                               Attorney for Frank Marcone
                               301 South High Street
                               P.O. Box 3231
                               West Chester, PA  19381-3231
                               (610) 696-4243
                               Attorney I.D. 18491