

**Dischell**
**Bartle**
**Yanoff**
**Dooley**

Law Offices

Mark B. Dischell
Frank R. Bartle
Michael Yanoff
John T. Dooley
Dagmar W. Wolf
Joseph C. Kohls
Jonathan B. Young
Eric C. Frey
Robert J. Iannozzi
Sarah K. Armstrong
Edward J. White
Scott D. Polsky
Brian Jason Ford

*of Counsel*
David W. Conver
Gary Jaffe

November 6, 2008

*Sent via facsimile 267-299-5065*
Honorable David R. Strawbridge
4006 U.S. Courthouse
601 Market Street
Philadelphia, PA 19106-1797

FILED
NOV 2 1 2008
MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

RE:   **Stephen Schutter vs. David Herskowitz, et al.**
**USDC, ED of PA, Civil Action No. 07-3823**
**Philip Banks vs. Stephen Schutter, et al.**
**USDC, ED of PA, Civil Action No. 08-2677**

Dear Judge Strawbridge:

I am in receipt of Your Honor's Memorandum Opinion dated November 6, 2008 relating to Motions to Dismiss. Your Honor indicates that no answer was filed by Mr. Banks. However, I respectfully refer Your Honor to Document #24 of the Docket which was filed on October 16, 2008. While this addresses only Mr. Herskowitz's motion, I respectfully suggest that both motions raised the same issue and, by inadvertence, it appears that no separate response was made to Mr. Schutter's motion. I am not sure how this would affect Your Honor's Decision, but I respectfully request that due consideration be given to the answer filed.

Thank you for your consideration.

Respectfully,

MICHAEL YANOFF

MY/aja
cc:   Jay M. Herskowitz, Esquire (via facsimile @ 856-267-5671)
      James M. Loots, Esquire (via facsimile @ (202) 315-3515)
      Philip Banks (via facsimile @ (610) 337-1011)