```
         IN THE UNITED STATES DISTRICT COURT
        FOR THE EASTERN DISTRICT OF PENNSYLVANIA
```

| | | |
|---|---|---|
| **STEPHEN SCHUTTER,** | : | CIVIL ACTION |
| PLAINTIFF | : | |
| | : | NO. 07-3823 |
| v. | : | |
| | : | |
| **DAVID HERSKOWITZ and PHILIP** | : | |
| **BANKS,** | : | |
| DEFENDANTS | : | |

### MOTION OF FRANK MARCONE TO PRODUCE EVIDENCE OF CONTACT WITH PHILIP BANKS

Frank Marcone, by his counsel, Samuel C. Stretton, Esquire, hereby submits the phone records from Frank Marcone indicating telephone calls between himself and Philip Banks from December 31, 2007 through July 15, 2008 for the following reasons:

1. During the hearing on October 23, 2008, before the Honorable David Strawbridge, Frank Marcone was requested to produce proof that he had contact on a regular basis with Mr. Banks.

2. Attached and marked Exhibit "A" are the telephone records of telephone calls between Mr. Banks and Mr. Marcone, which are numerous and substantial during all pertinent times.

3. These records confirm Mr. Marcone's testimony of his numerous contacts with Mr. Banks during the pertinent time.

WHEREFORE, Mr. Marcone respectfully requests this Honorable Court accept these records into the evidence.

Respectfully submitted,

*s/ Samuel C. Stretton*
Samuel C. Stretton, Esquire
Attorney for Frank Marcone
301 S. High St.
P.O. Box 3231
West Chester, PA  19381
(610) 696-4243
Attorney I.D. No. 18491

```
              IN THE UNITED STATES DISTRICT COURT
            FOR THE EASTERN DISTRICT OF PENNSYLVANIA

STEPHEN SCHUTTER,               :  CIVIL ACTION
                  PLAINTIFF     :
                                :  NO. 07-3823
          V.                    :
                                :
DAVID HERSKOWITZ and PHILIP     :
BANKS,                          :
                  DEFENDANTS    :
```

### CERTIFICATE OF SERVICE

I hereby certify I am this date serving a copy of the Motion of Frank Marcone to Produce Evidence in the captioned matter upon the following persons in the manner indicated below.

Service by First Class Mail addressed as follows:

1. Honorable David R. Strawbridge
   4006 U.S. Courthouse
   601 Market Street
   Philadelphia, PA  19106-1797

2. Michael Yanoff, Esquire
   1800 Pennbrook Parkway
   Suite 200
   Lansdale, PA  19466
   (215) 362-2474
   Attorney for Defendant, Philip Banks

3. Jay M. Herskowitz, Esquire
   181 Cypress Court
   Marlton, NJ  08053
   (856) 985-8357

4. James M. Loots, Esquire
   236 Massachusetts Avenue, NE
   Washington, DC  20002
   (202) 536-5650

5. Charles Curley, Esquire
   1100 E. Hector Street
   Suite 425
   Conshohocken, PA  19428
   (610) 834-8819

6. Frank Marcone, Esquire
   2530 North Providence Road
   Upper Providence, PA  19063

7. Kelle Kilgarriff, Esquire
   1100 E. Hector Street
   Suite 425
   Conshohocken, PA  19428
   (610) 834-8819

                                            Respectfully submitted,

*November 25, 2008*           *s/ Samuel C. Stretton*
Date                              Samuel C. Stretton, Esquire
                                      Attorney for Frank Marcone
                                      301 South High Street
                                      P.O. Box 3231
                                      West Chester, PA  19381-3231
                                      (610) 696-4243
                                      Attorney I.D. 18491