IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| STEPHEN SCHUTTER | : | CIVIL ACTION |
| Plaintiff | : | |
| v. | : | NO. 07-3823 |
| DAVID HERSKOWITZ and PHILIP BANKS | : | |
| Defendants | : | |

**O R D E R**

AND NOW, this 10th day of December, 2008, it is ORDERED that the Clerk of Court for the Eastern District of Pennsylvania be and he is hereby directed to furnish lunch this date for 8 jurors engaged in the above-entitled case.

BY THE COURT

ATTEST:

/s/ Lori K. DiSanti
Lori K. DiSanti, Deputy Clerk to the
Honorable David R. Strawbridge

xc:   Fiscal Section (2)

12/10/08     lds
Date         By Whom